UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-02957-CAS-MAAx | Date | April 15, 2025 |
|---|---|---|---|
| Title | Avalon Hollywood, L.P. v. Benjamin Huddleston | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers:) ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

On December 27, 2024, plaintiff Avalon Hollywood, L.P. ("plaintiff") filed this unlawful detainer action against defendant Benjamin Huddleston ("defendant") in Los Angeles County Superior Court. Dkt. 1 at 5. Defendant removed the case to this Court on April 4, 2025. Id. at 1. Defendant concurrently filed a request to proceed *in forma pauperis*. Dkt. 2. Defendant asserts that this Court has jurisdiction on the basis of diversity of citizenship, stating: "[p]laintiff does not reside in this state and damages as a result of an unfair eviction will exceed amounts" required by 28 U.S.C. § 1332. Dkt. 1 at 2.

It appears that this Court lacks subject matter jurisdiction over this action. The law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law.").

Here, the only claim asserted by plaintiff is for unlawful detainer against defendant. See dkt. 1 at 5. Accordingly, defendant is hereby ORDERED TO SHOW CAUSE, in writing, on or before **April 30, 2025,** why this case should not be remanded to Los Angeles County Superior Court.

IT IS SO ORDERED.

| | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |